UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

JAMES JOSEPH PRINCE,

        Plaintiff,                      Case No. 16-cv-10020
                                             HON. GERSHWIN A. DRAIN

vs.

K. KENT, DHS SPECIALIST, *et al.*,

        Defendants.
_____/

## ORDER GRANTING DEFENDANT HOWARD CROFT'S MOTION TO DISMISS [#16]

On January 5, 2016, Plaintiff James Prince, proceeding *pro se*, initiated the present action against Department of Human Services ("DHS") Specialist, Mrs. K. Kent, and the Genesee County DHS alleging that he was deprived of his procedural and substantive Due Process rights under the Fourteenth Amendment due to the Defendants failure to approve his application for state disability benefits. On January 8, 2016, the Court granted Plaintiff's application to proceed *in forma pauperis* and his request for service by the United States Marshal. Prior to service of Plaintiff's Complaint, Plaintiff filed an Amended Complaint adding Governor Rick Snyder and the former Water Director for the City of Flint, Howard Croft.

Presently before the Court is Defendant Howard Croft's Motion to Dismiss or

-1-

for More Definitive Statement, filed on February 22, 2016. Plaintiff filed a Third Amended Complaint and/or Opposition to Defendants [sic] Response on March 10, 2016. The Court will construe Plaintiff's filing as a Response in Opposition to the present motion. A hearing on this matter was held on April 18, 2016.

At the hearing, Plaintiff indicated his intent to dismiss Defendant Croft from this cause of action. Accordingly, Defendant Croft's Motion to Dismiss [#16] is GRANTED.

SO ORDERED.

Dated: April 18, 2016

/s/ Gershwin A. Drain
GERSHWIN A. DRAIN
UNITED STATES DISTRICT JUDGE

---

CERTIFICATE OF SERVICE

Copies of this Order were served upon attorneys of record and upon James Joseph Prince at 1338 Carman Street, Burton, MI 48529 by electronic and/or ordinary mail.

/s/ Tanya Bankston
Case Manager