UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

JAMES J. PRINCE,

    Plaintiff,

                                                Case No. 16-10020

v.

                                               Hon. John Corbett O'Meara

K. KENT, DHS Specialist, *et al.,*

    Defendants.
_____/

**ORDER GRANTING DEFENDANTS'
MOTIONS TO DISMISS COMPLAINT**

Before the court are Defendants' motions to dismiss Plaintiff's amended complaint, filed September 12, 2016. See Docket Nos. 48, 49. Appearing pro se, Plaintiff has not responded to either motion.

In an order dated June 7, 2016, the court provided Plaintiff with the opportunity to submit an amended complaint in compliance with the Federal Rules of Civil Procedure and Local Rules of the Eastern District of Michigan. On August 3, 2016, the court granted Plaintiff an extension of time to file his amended complaint, which was due August 31, 2016. On August 26, 2016, Plaintiff filed a document entitled "Plaintiff Amended Civil and Criminal Complaint," which is in the form of a brief rather than a complaint.

Defendants filed motions to dismiss Plaintiffs' amended complaint based upon this failure as well as a lack of jurisdiction and failure to state a claim. See Fed. R. Civ. P. 12(b)(1), 12(b)(6), 41(b). Having reviewed Defendants' motions, and receiving no response from Plaintiff, the court concludes that it lacks subject matter jurisdiction over Plaintiff's claims.

Accordingly, IT IS HEREBY ORDERED that Defendants' motions to dismiss (Docket Nos. 48, 49) are GRANTED and Plaintiff's amended complaint is DISMISSED.

s/John Corbett O'Meara
United States District Judge

Date:  January 23, 2017


I hereby certify that a copy of the foregoing document was served upon the parties of record on this date, January 23, 2017, using the ECF system and/or ordinary mail.

s/William Barkholz
Case Manager